FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 29 2014

CHRISTOPHER A. PRINE

CLERK _____

19 December 2014

Rhonda Barchak
District Clerk
Brazoria County
111 E. Locust, Suite 500
Angleton, Texas 77515

Re: Conrad E. Gilbert v. TDCJ, et al. and U.T.M.B., et al.
    Trial Cause No. 76452-I
    Court of Appeals No. 01-14-00795-CV

Further review and correlation of Appellate Brief and Clerk's Record, I find your April 28, 2014 letter is missing. It is listed in the case summary's for CR 000008.

Also, my 20 June 2014 letter to Judge Denman is not listed on your case summary list and not in the Clerk's Record. However, an affirmation to you that letter was, if I recall mailed addressed to Judge Denman. Please obtain copy from Linda Kellogg or Denman herself, and correct the records.

Respectfully,

Conrad E. Gilbert
Dec 781905
cc: Christopher A. Prine
    Linda Kellogg

LEGAL MAIL

Mr. Gerald Gilbert
#1,236,206  4-1-68
Ramsey I Unit
1100 FM 655
Rosharon, TX 77583

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
DEC 2 9 2014
CHRISTOPHER A. PRINE
CLERK

LEGAL MAIL HOUSTON TX 773

29 DEC 2014 PM 13 L

Mr. Christopher A. Prine
Clerk of the Court
Court of Appeals
301 Fannin St.
Houston, Texas 77002-2066

77002-2066

FOREVER USA

LEGAL MAIL

LEGAL MAIL